### JACKSON *against* WAKEMAN and others.

*Absence of counsel on professional business, not allowed as an excuse for not going to trial, pursuant to a stipulation. Otherwise of sickness or other inevitable accident.*

AT the last term, the plaintiff had stipulated to try this cause at the then next Circuit Court in the city of New York; and not having done so,

*W. Slosson*, now moved for judgment as in case of non-suit.

*A. Burr*, contra, asked leave to stipulate again, on the ground that the plaintiff's counsel being absent on professional business at Albaay, when the Circuit was holden at New York, the cause could not, for that reason, be tried.

*Curia.* We never receive this as an excuse. The farthest we have gone, as to the non-attendance of counsel, is to allow the excuse, if their absence arise from sickness, or other inevitable cause.

Motion granted.(*a*)

SAVAGE, Ch. J. was absent.

(*a*) Cowen's Rep. 167, S. C.